MCGREGOR SCOTT
United States Attorney
JAMIE M. PAETZ
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4310 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO D. ANAYA,<br><br>Defendant | Case No. 5:18-po-00159-JLT<br>~~Case No. 5:18-po-00254-JLT~~<br><br>GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |

The United States of America, by and through McGregor Scott, United States Attorney, and Jamie M. Paetz, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:18-po-00159-JLT and Case No. 5:18-po-00254-JLT against SERGIO D. ANAYA without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: January 22, 2019

Respectfully Submitted,
McGregor Scott
United States Attorney

By:

Jamie M. Paetz
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:18-po-00159-JLT and Case No. 5:18-po-00254-JLT against SERGIO D. ANAYA be dismissed without prejudice, in the interest of justice.

Dated:     January 23, 2019

*/s/ Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States Magistrate Judge